# Andrew J. Mollica
**Attorney at Law**
**1205 Franklin Avenue Suite (16LL)**
**Garden City, New York 11530**
**Tel. (516) 352-6853**
**Tel. (516) 528-1311**
Jdmol@aol.com

March 13, 2020

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020
```

        Re:    United States v. Navarro, et al.
                Docket No.: 20-CR-00160
                Bail Conditions

Dear Judge Vyskocil:

      I am local counsel for defendant Nicholas Surick in the above matter. At this point, I have not filed the Pro Hac Vice motion to admit my co-counsel Timothy M. Donohue.

      <u>With the consent of the Government</u>, the defendant respectfully requests that the bail conditions be modified for Mr. Surick as follows: Defendant Surick shall have until March 24, 2020 to obtain two financially responsible persons to cosign his bond.

      I would respectfully ask that the Court authorize this modification by endorsing this letter "So Ordered". Thank you.

                                    Respectfully,

                                    */s/ Andrew Mollica*

                                    Andrew Mollica

TMD: mm
cc: AUSA Sarah Mortazavi

---

GRANTED. Defendant's time to comply with bail condition of posting bond with two sureties is extended to March 24, 2020.

Date: 3/16/2020      *Mary Kay Vyskocil*
New York, New York    Mary Kay Vyskocil
                         United States District Judge