USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2020

# Andrew J. Mollica

**Attorney at Law**
**20 Middleton Road**
**Garden City, New York 11530**
**Tel. (516) 352-6853**
**Tel. (516) 528-1311**
Jdmol@aol.com

> GRANTED. The Court accepts Defendant Surick's waiver of appearance and grants counsel's request to appear telephonically. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Surick should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.
>
> Date: 3/19/2020
> New York, New York
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

March 19, 2020

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Navarro, et al.
Docket No.: 20-CR-00160

Dear Judge Vyskocil:

I am local counsel to Nicholas Surick, (sponsor of his pro-hac application) in the above referenced Indictment and write on his behalf to respectfully request, pursuant to Fed. R. Crim. P. 10(b), that the Court allow Mr. Surick to waive his personal appearance at his March 23, 2020 arraignment and initial conference. Attached as Exhibit A is a written waiver of appearance executed by Mr. Surick. The government has no objection to this request.

In addition, I respectfully request permission for Timothy Donohue and I to attend the conference via telephone in lieu of a personal appearance. As reflected in the written waiver of appearance, attached as Exhibit A, Mr. Surick has received a copy of the above referenced Indictment and I have reviewed it with him. Mr. Surick enters a plea of "not guilty" to Counts One, Four, Five and Six.

Respectfully submitted,

*/s/ Andrew Mollica*

Andrew Mollica

TMD: mm
cc: AUSA Andrew Adams