# Andrew J. Mollica

**Attorney at Law**
**205 Franklin Avenue Suite 16LL**
**Garden City, New York 11530**
**Tel. (516) 280-3182**
**Tel. (516) 528-1311**

Jdmol@aol.com

March 25, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020
```

<u>*Via ECF*</u>
Honorable Mary Kay Vyskocil
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

          Re:     United States v. Navarro, et al.
                 Docket No.: 20-CR-00160
                 Bail Conditions

Dear Judge Vyskocil:

    I am local counsel for defendant Nicholas Surick (Tim Donahue is counsel, his pro Hac Vice papers to be filed post haste) in the above captioned matter.

    <u>With the consent of the Government</u>, Mr. Donahue on behalf of the defendant respectfully requests that the bail conditions be modified for Mr. Surick as follows: Defendant Surick shall be required to obtain one financially responsible person to cosign his bond. (Originally he was required to have two financially responsible persons to cosign).

    I would respectfully ask that the Court authorize this modification by endorsing this letter "So Ordered". Thank you.

                                        Respectfully,

                                        */s/ Andrew Mollica*

                                        Andrew Mollica

TMD: mm
cc: AUSA Andrew Adams

**Granted. SO ORDERED.**

Date: 3/26/2020                *Mary Kay Vyskocil*
New York, New York       Mary Kay Vyskocil
                                   United States District Judge