UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

UNITED STATES OF AMERICA,

-against-

NICHOLAS SURICK,

Defendant.

20-cr-160-17 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing of Defendant Nicholas Surick shall take place on December 15, 2022 at 4:00 p.m. in Courtroom 18C of 500 Pearl Street, New York, NY 10007. The parties shall file their sentencing submissions on the timeline set forth in the Court's Individual Rules of Practice in Criminal Cases.

**SO ORDERED.**

**Date: October 17, 2022**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**