UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/5/2022
```

UNITED STATES OF AMERICA,

-against-

NICHOLAS SURICK,

Defendant.

20-cr-160-17 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Because the Court will be in the midst of a jury trial in another case, IT IS HEREBY ORDERED that the sentencing proceeding that was scheduled to take place on December 15, 2022 is ADJOURNED to January 19, 2023 at 2:00 p.m.

**SO ORDERED.**

Date:  December 5, 2022
       New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**

1