```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Nicholas Surick,

              Defendant.

**Order of Restitution**

**S2 20 Cr. 160 (MKV)**

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sarah Mortazavi, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's convictions on Counts One and Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Nicholas Surick, the Defendant, shall pay restitution in the total amount of $42,752,532 to the victims of the offenses of conviction. The name, address, and specific amount owed to each victim is set forth in a schedule to be submitted and maintained under seal. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution up to $25,860,514 shall be joint and several with that of any other defendant ordered to make restitution for the offense charged in Count One of the S6 Indictment. The defendant's liability for restitution up to $16,892, 018 shall be joint and several with that of any other defendant ordered to make restitution for the offense charged in Count Four of the Indictment. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and any co-defendant in this matter.

Dated: New York, New York

January __19__, 2023

_____
The Honorable Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE