UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2023

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS SURICK, et al,<br><br>Defendants. | Crim. No. 20-00160 (MKV) |

## ORDER EXTENDING SURRENDER DATE

This matter having been opened to the Court on the application of Timothy M. Donohue counsel for Nicholas Surick for an order extending his surrender date to September 5, 2023; and AUSA Sarah Mortazavi having joined in that application; and for good cause shown;

It is on this  18  day of May, 2023

ORDERED that the surrender date for defendant Nicholas Surick be extended until September 5, 2023.

_____
Honorable Mary Kay Vyskocil, U.S.D.J.