USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NICHOLAS SURICK,

Defendant.

20-cr-160-17 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant has filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2)

and Amendment 821 to the Sentencing Guidelines [ECF No. 1260].  IT IS HEREBY ORDERED

that the government must file any response by June 12, 2024.

**SO ORDERED.**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

**Date:   June 6, 2024**
**New York, NY**

1