Dear Judge and prosecutors,

I am writing to respectfully express serious concerns regarding the early release of inmate Nicholas Surick. It is deeply troubling that despite his ongoing dishonesty, he continues to receive benefits and sentence reductions.

At sentencing, Mr. Surick misrepresented the truth before your court, attempting to obtain a lighter sentence. He also falsely claimed that he was no longer involved in the horse business, yet an investigation by the United States Trotting Association (USTA) in July 2025 confirmed that he remained active in horse dealings. Despite these proven falsehoods, he also was accepted into RDAP a program that shorten his sentence even more.

It does not seem fair or just that someone who has repeatedly lied to the court and to the system is being rewarded with early release opportunities. Such actions undermine the credibility of the justice process and disregard the importance of honesty and accountability.

Additionally, during his incarceration, he was found to have possessed and used a cell phone, a direct violation of prison rules. Despite this serious infraction and his continued dishonesty he's continuing to get rewarded for these behaviors.

I respectfully urge the Court to review this matter and take into consideration his ongoing pattern of deceit when evaluating his eligibility for early release or continued participation in RDAP.

Thank you for your time, attention, and commitment to ensuring fairness and integrity within the justice system.

Respectfully

NOV 1 2025

USTrotting

6130 S. Sunbury Rd., Westerville, OH 43081-9309 • www.ustrotting.com
Phone (toll free): 877.800.USTA (8782) • Phone: 614.224.2291
Fax (toll free U.S. & Canada): 844.229.1338 • Fax: 614.224.4575

Case 1:20-cr-00160-MKV   Document 1329 & Filed 11/19/25   Page 2 of 3

July 9, 2025

# REPORT IN SUPPORT OF RECOMMENDATIONS OF THE AD HOC SPECIAL INVESTIGATIVE COMMITTEE TO THE EXECUTIVE COMMITTEE OF THE UNITED STATES TROTTING ASSOCIATION CONCERNING USTA MEMBER ERIC CHERRY

## I. INTRODUCTION

On October 28, 2024, the Board of Directors of the United States Trotting Association ("USTA") authorized the President of the USTA to appoint an ad hoc committee ("Committee" or "Investigative Committee") to investigate suspected violations of the USTA's rules and bylaws related to the involvement of various USTA members with former member Nick Surick. The Committee offers this report to the Executive Committee of the USTA in support of its recommendations concerning USTA member Eric Cherry.

In summary, the Committee found that (1) Eric Cherry violated the USTA's rules by knowingly owning registered Standardbreds with Nick Surick after Mr. Surick was not a member of the USTA while concealing Mr. Surick's ownership and thereby causing false registrations with the USTA, and (2) Mr. Cherry violated the USTA's rules by failing to provide certain records, destroying communications, and misleading investigators during the course of the investigation. The bases for the Committee's findings are as follows:

## II. PROCEDURAL HISTORY

Pursuant to the Board's authorization, the President appointed USTA Board members Steven McCoy, Salvatore DiMario, Ivan Axelrod, Cathy Webb, and Edison Hatter to serve on the Committee. The Committee selected Mr. McCoy as its Chairperson. The suspected misconduct before the Committee was identified through

1

investigations undertaken by the Standardbred Racing Investigative Fund ("SRIF") and included allegations against Eric Cherry.

The Committee commenced its duties by examining all materials gathered in



Judge Mary Kay Vyskocil
United States Courthouse
500 Pearl St.
New York, NY 10007-1312